NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RJ TECHNOLOGY LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., APPLE INC.,**
*Appellees*

———————————

2025-1794

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-01183, IPR2024-00597

———————————

**SAMSUNG ELECTRONICS CO., LTD., APPLE INC.,**
*Appellants*

**v.**

**RJ TECHNOLOGY LLC,**
*Appellee*

———————————

2025-1824

———————————

2    RJ Technology LLC v. Samsung Electronics Co., Ltd.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-01183, IPR2024-00597.

———————————

# O R D E R

Upon consideration of the parties' joint stipulation to voluntary dismiss Samsung Electronics Co. Ltd's and Apple Inc.'s cross-appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 30,

IT IS ORDERED THAT:

(1) Appeal No. 2025-1824 is dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1).

(2) Each side shall bear its own costs as to Appeal No. 2025-1824.

(3) The revised official caption for the remaining appeal, Appeal No. 2025-1794, is reflected in this order.

(4) The response brief remains due no later than February 2, 2026.

FOR THE COURT

January 15, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE** (as to 2025-1824 only):
January 15, 2026